**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVEN JAMES RED,** | ) | **NO. EDCV 15-2028-BRO (KS)** |
| Petitioner, | ) ) ) | |
| v. | ) | **JUDGMENT** |
| | ) ) | |
| **RONALD RACKLEY, Warden,** | ) ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 9, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge